1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN DERRAL FINCH,                      )   CASE NO. ED CV 10-1440-AHM (PJW)
                                         )
10                          Plaintiff,   )
                                         )
11              v.                       )   ORDER ACCEPTING IN PART AND
                                         )   REJECTING IN PART REPORT AND
12                                       )   RECOMMENDATION OF UNITED STATES
    V. LOPEZ, et al.,                    )   MAGISTRATE JUDGE
                                         )
13                                       )
                            Defendants.  )
14   _____)

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First

17   Amended Complaint, the records on file, the Report and Recommendation

18   of United States Magistrate Judge, and Plaintiff's Objections to the

19   Report and Recommendation.  The Court accepts the findings and

20   recommendation of the Magistrate Judge as they pertain to Plaintiff's

21   equal protection claim.  As such, Plaintiff's equal protection claim

22   is hereby dismissed with prejudice.  The Court, however, rejects the

23   Magistrate Judge's recommendation that Plaintiff's Eighth Amendment

24   cruel and unusual punishment claims against Defendants Rios and Lopez

25   should be dismissed with prejudice.  Plaintiff has alleged sufficient

26   facts to state a cognizable claim that Rios intentionally shoved him

27   to the ground while he was in restraints, causing him to be injured,

28

1   and that Lopez knew that he would do so and failed to intervene.   For

2   this reason, Plaintiff may proceed on these claims as outlined in the

3   First Amended Complaint.

4

5      DATED:      _December 6, 2011_ .

6

7

8                                    A. HOWARD MATZ
                                     UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   S:\PJW\Cases-Civil Rights\FINCH 1440\amended order accep r&r.wpd

28