UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DERRAL FINCH,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>V. LOPEZ, et al.,<br><br>　　　　　Defendants. | Case No. ED CV 10-1440-BRO (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge.  Plaintiff has not filed any objections to the Report.  The Court accepts the findings and conclusions of the magistrate judge.


DATED:   June 11, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~2004522.wpd